United States District Court

Eastern District of California

Clete Reo Hart,

    Plaintiff,                      No. Civ. S 05-0777 LKK PAN P

  vs.                            Order

Teresa Schwartz,

    Defendant.

-oOo-

Plaintiff is a state prisoner without counsel litigating a civil rights action.  April 28 and May 12, 2005, plaintiff submitted letters stating a wish to add to the allegations of his pleading.  Plaintiff may amend his pleading as of right before any defendant has appeared by filing an amended complaint complete in itself to state all of his claims.  Fed. R. Civ. P. 15.  If no amended pleading is filed within 20 days, the court will screen the original complaint and determine whether service is appropriate.

1   So ordered.

2   Dated:  May 19, 2005.

3                                           /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
4                                           Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26